UNITED STATES of America,
Plaintiff–Appellee,

v.

Felix RENTERIA–ALMODOVAR,
aka Jorge Fernandez–Perez,
Defendant–Appellant.

No. 00–10229.

D.C. No. CR–99–20116–JW.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 26, 2001.

Before WALLACE, SILVERMAN and W. FLETCHER, Circuit Judges.

## MEMORANDUM [2]

Felix Renteria–Almodovar appeals the judgment of conviction and his 70 month sentence following a guilty plea to a single count of being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Renteria–Almodovar contends that the district court erred by imposing a sentence in excess of the two year maximum set forth in 8 U.S.C. § 1326(a) on the basis of a prior conviction for an aggravated felony that was not charged in the indictment, submitted to a jury, and proved beyond a reasonable doubt. Renteria–Almodovar also contends that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), renders inapplicable *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense). These arguments are foreclosed by this court's recent decision in *United States v. Pacheco–Zepeda*, 234 F.3d 411, 414–15 (9th Cir.2000), *amended* (Feb. 8, 2001).

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

